THE STATE v. MANUEL *et al.*, *Appellants.*

Division Two, March 10, 1897.

**Appellate Practice:** NO BILL OF EXCEPTIONS. If no bill of exceptions is filed on an appeal and no error appears in the record proper, the judgment of the circuit court will be affirmed.

*Appeal from Pulaski Circuit Court.*—HON. C. C. BLAND, Judge.

AFFIRMED.

*J. T. Moore* for appellant.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

(1)  This indictment is sufficient under the law of this State. *State v. Taylor*, 21 Mo. 477. (2) Section 3661, Revised Statutes 1889, provides accessories who aid and abet in the commission of a crime of felonious

assault shall be guilty in equal degree with the princi-
pal.   Under the decisions of this State there are no
different degrees of felonious assault.  R. S. 1889, secs.
3489 and 3490; *State v. Berning,* 91 Mo. 82.  (3) When
indicted under section 3489, conviction can be made
under section 3490.   *State v. Burk,* 89 Mo. 635; *State
v. Schloss,* 93 Mo. 361.   It was not therefore necessary
that the verdicts in this case should be separate, but
being separately stated does not affect their validity.
(4) The fact that the verdicts were returned under the
initial name only of the defendants does not effect their
validity, especially in this court.   (5)  There being no
bill of exceptions filed, the record proper, being regu-
lar, the judgment of the lower court should be af-
firmed.

BURGESS, J.—At the March term, 1896, of the cir-
cuit court of Pulaski county, the defendants were con-
victed under a joint indictment theretofore preferred by
the grand jury of said county against them for feloni-
ous assault upon one A. E. Bugard.

The punishment of A. L. Manuel was fixed by the
jury at three years' imprisonment in the penitentiary,
and the punishment of B. D. and O. D. Manuel was
fixed at a fine of $100 each.

After unsuccessful motions for a new trial and in
arrest defendants appealed.

No bill of exceptions was filed by defendants, so
that there is nothing before this court for review save
and except the record proper.   The indictment is in
due form, and the record apparently free from error.
The judgment is affirmed.   All concur.